UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER LEIVA,

        Plaintiff,

  v.

OFFICER JOSHUA COLEMAN,

        Defendant.

No.  2:13-cv-0309 KJN P

ORDER

Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  By an order filed June 11, 2013, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants.  That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

Dated:  July 29, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/leiv0309.fusm

1